TEN TEN LINCOLN PLACE, INC., Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— In an action for judgment declaring that defendant's service classifications in its filed tariff schedule or rate schedule are discriminatory, violative of the Public Service Law, the common law and the Constitutions of the United States and the State of New York, judgment dismissing the complaint unanimously affirmed, with $10 costs and disbursements. In our opinion the issues presented must be passed upon by the Public Service Commission in the first instance and not by the courts. (*Matter of Leitner* v. *New York Telephone Co.*, 277 N. Y. 180; *Purcell* v. *New York Central R. R. Co.*, 268 N. Y. 164; *Murray* v. *New York Telephone Co.*, 170 App. Div. 17, affd. 226 N. Y. 590; *United States Light & Heat Corp.* v. *Niagara Falls G. & E. L. Co.*, 47 F. 2d 567; *People ex rel. Pub. Service Comm.* v. *New York Telephone Co.*, 262 App. Div. 440, affd. 287 N. Y. 803; *Pennsylvania R. R. Co.* v. *Puritan Coal Min. Co.*, 237 U. S. 121, 131.)   Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [190 Misc. 174.]   [See *post*, p. 973.]

### (March 15, 1948.)

BAIS YAAKOV PAROCHIAL SCHOOL OF EAST NEW YORK, INC., Respondent, v. CITY OF NEW YORK, Defendant, and BETH JACOB TEACHERS' SEMINARY OF AMERICA, INC., et al., Appellants.— In an action to impress a trust on real property, order denying motion for summary judgment on the ground that appellants had established the Statute of Frauds (Real Property Law, § 242) as a complete defense, affirmed, with $10 costs and disbursements. A triable issue is presented as to the existence of a confidential relationship between the parties sufficient to warrant impressment of a trust. (*Sinclair* v. *Purdy*, 235 N. Y. 245, 253; *Fraw Realty Co.* v. *Natanson*, 261 N. Y. 396, 402; *Kaplan* v. *Meyer*, 271 App. Div. 837.)   Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.